1 | JOHN ALLCOCK (Bar No. 98895)
MARK FOWLER (Bar No. 124235)
2 | GERALD T. SEKIMURA (Bar No. 96165)
WILLIAM G. GOLDMAN (Bar No. 203630)
3 | MICHAEL SCHWARTZ (Bar No. 197010)
THOMAS A. BURG (Bar No. 211937)
4 | **DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
5 | East Palo Alto, CA 94303-2248
Tel: 650.833.2000
6 | Fax: 650.833.2001
Email: mark.fowler@dlapiper.com
7 | Email: bill.goldman@dlapiper.com

8 | Attorneys for Plaintiffs
ZORAN CORPORATION and OAK TECHNOLOGY, INC.
9 |
MICHAEL A. LADRA, (Bar No. 64307)
10 | JAMES C. OTTESON, (Bar No. 157781)
**WILSON SONSINI GOODRICH & ROSATI**
11 | Professional Corporation
650 Page Mill Road
12 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
13 | Facsimile: (650) 565-5100
Email: jotteson@wsgr.com
14 |
Attorneys for Defendants and Counterclaimants
15 | MEDIATEK, INC., et al.

UNITED STATES DISTRICT COURT

*E-FILED - 1/27/06*

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZORAN CORPORATION and OAK TECHNOLOGY, INC., | CASE NO. C04-02619 RMW (PVT)<br>CASE NO. C04-04609 RMW (PVT) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| MEDIATEK, INC., AUDIOVOX CORPORATION, CHANGZHOU SHINCO DIGITAL TECHNOLOGY CO., LTD., INITIAL TECHNOLOGY, INC., MINTEK DIGITAL, INC., SHINCO INTERNATIONAL AV CO., TERAPIN TECHNOLOGY PTE., LTD. and TERAOPTIX L.P. d/b/a/ TERAPIN TECHNOLOGY, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199590.1
349284-901707

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

| | |
|---|---|
| 1<br>2 | ZORAN CORPORATION and OAK TECHNOLOGY, INC., |
| 3 | Plaintiffs, |
| 4 | v. |
| 5<br>6<br>7<br>8<br>9<br>10 | MEDIATEK, INC., ARTRONIX TECHNOLOGY, INC., ASUS COMPUTER INTERNATIONAL, INC., ASUSTEK COMPUTER, INC., EPO SCIENCE AND TECHNOLOGY CO., INC., LITE-ON IT CORPORATION, MICRO-STAR INTERNATIONAL CO., LTD., MSI COMPUTER CORP., TEAC CORPORATION, TEAC AMERICA, INC., and ULTIMA ELECTRONICS CORPORATION, |
| 11 | Defendants. |
| 12 | AND RELATED COUNTERCLAIMS |

-2-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199590.1
349284-901707

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C04-02619 RMW (PVT) and C04-04609 RMW (PVT)

1   The parties by and through their counsel, hereby stipulate and agree pursuant to Rule
2   41(a) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the above-
3   entitled actions be dismissed with prejudice. Each party shall bear its own attorney's fees and
4   costs.

5   **SO STIPULATED:**

6   Dated: January 27, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

7
8                                    By _____
                                        MARK FOWLER
9                                       THOMAS A. BURG
                                        Attorneys for Plaintiffs
10                                      ZORAN CORPORATION and
                                        Oak Technology, Inc.
11

12  Dated: January 27, 2006          WILSON SONSINI GOODRICH & ROSATI

13                                   By _____
                                        MICHAEL A. LADRA
14                                      JAMES C. OTTESON
                                        Attorneys for Defendants
15                                      MediaTek, Inc., Audiovox Corporation,
                                        Changzhou Shinco Digital Technology Co.,
16                                      Ltd., Initial Technology, Inc., Mintek Digital,
                                        Inc., Shinco International AV Co., Terapin
17                                      Technology PTE., Ltd., Teraoptix L.P.
                                        D/B/A/ Terapin Technology, Artronix
18                                      Technology, Inc., ASUS Computer
                                        International, Inc., ASUSTeK Computer, Inc.,
19                                      EPO Science and Technology Co., Inc.,
                                        LITE-ON IT Corporation, Micro-Star
20                                      International Co., Ltd., MSI Computer Corp.,
                                        TEAC Corporation, TEAC America, Inc., and
21                                      Ultima Electronics Corporation

22

23  **SO ORDERED:**

24  DATED: 1/27/06

25                                      /s/ Ronald M. Whyte
                                        _____
                                        Hon. Ronald M. Whyte
26                                      United States District Judge

27

28
                                    -3-